UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
LAURO SANCHEZ and JUAN EUSEBIO :
SANTIAGO, on behalf of themselves and all others :
similarly situated, :
       Plaintiffs, :
       :
   -against- : **CONSENT TO BE A**
       : **PARTY PLAINTIFF**
COSAN CONSTRUCTION CORP., AMCG INC., :
TERENCE JAMES FERGUSON, and AARON :
KING, :
       :
       Defendants. :
------------------------------------------------------------------------ X

   I consent to be a Plaintiff in the lawsuit against Cosan Construction Corp., AMCG Inc., Terence ("Terry") James Ferguson, and Aaron King, in order to seek redress for violations of the Fair Labor Standards Act and the New York Labor Law.

   By signing and returning this consent form, I designate Pechman Law Group PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement of this action.

   Por medio de la presente doy mi consentimiento para ser un demandante en contra de Cosan Construction Corp., AMCG Inc., Terence ("Terry") James Ferguson, and Aaron King, para obtener reparo por violaciones de la Ley de Normas Razonables de Trabajo y la ley Laboral de Nueva York.

   Al firmar y devolver este formulario de consentimiento, designo a Pechman Law Group PLLC para que me represente y tome decisiones en mi nombre en relación con el litigio y la resolución de esta materia.

Date/Fecha: August 12, 2021

      Signature/Firma: _____

      Name/Nombre:   08 / 12 / 2021

Doc ID: c94e7f15ad651b75e42857db1c27d192f3cea102



Audit Trail

| | |
|---|---|
| **TITLE** | Cosan Construction - 2021, 08.12 - Consent To Be A Party... |
| **FILE NAME** | Cosan%20Construct...y%20Plaintiff.pdf |
| **DOCUMENT ID** | c94e7f15ad651b75e42857db1c27d192f3cea102 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**        **08 / 12 / 2021**        Sent for signature to Juan Eusebio Santiago
                16:32:38 UTC              (ejuan8377@gmail.com) from albert@pechmanlaw.com
                                          IP: 24.103.226.2

**VIEWED**      **08 / 12 / 2021**        Viewed by Juan Eusebio Santiago (ejuan8377@gmail.com)
                19:42:18 UTC              IP: 172.58.227.3

**SIGNED**      **08 / 12 / 2021**        Signed by Juan Eusebio Santiago (ejuan8377@gmail.com)
                19:43:12 UTC              IP: 172.58.227.3

**COMPLETED**   **08 / 12 / 2021**        The document has been completed.
                19:43:12 UTC

Powered by HELLOSIGN