PECHMAN LAW GROUP. PLLC

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**


P5473046

**AFFIDAVIT OF SERVICE**

Index no : **1:21-CV-06744-PGG-SLC**

| Plaintiff(s): | LAURO SANCHEZ, ET. AL. |
|---|---|
| | vs. |
| Defendant(s): | COSAN CONSTRUCTION CORP., ET. AL. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**Jack Tamburello**, the undersigned, being duly sworn, deposes and says:
Deponent is not a party herein and is over 18 years of age.

On **10/16/2021** at **10:07 AM**, I served the within **SUMMONS AND COMPLAINT with the index#1:21-CV-06744-PGG-SLC endorsed thereon** on COSAN CONSTRUCTION CORP. at **743 SOUTH COLUMBUS AVENUE, Mount Vernon, NY 10550** in the manner indicated below:

ENTITY/CORPORATION/LLC/LLP SERVICE: By delivering a true copy of said documents to **Noel Devlin, MANAGER** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **COSAN CONSTRUCTION CORP.**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 34 stated | 5ft 10in - 6ft 0in | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 10/18/2021

X _____
Jack Tamburello
PM Legal
1235 Broadway 2nd Floor
New York, NY 10001

Keith Hawthorne
Notary Public, State of New York
02HA6029794
Qualified In Putnam County
Commission Expires 08/30/2025

Job#: 5473046