PECHMAN LAW GROUP, PLLC

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK


P5472790

## AFFIDAVIT OF SERVICE

Index no : 1:21-CV-06744-PGG-SLC

| Plaintiff(s): | LAURO SANCHEZ, ET. AL. |
|---|---|
| | vs. |
| Defendant(s): | COSAN CONSTRUCTION CORP., ET. AL. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

**Jack Tamburello**, the undersigned, being duly sworn, deposes and says:
Deponent is not a party herein and is over 18 years of age.

On **10/16/2021** at **10:07 AM**, I served the within **SUMMONS AND COMPLAINT with the index# 1:21-CV-06744-PGG-SLC endorsed thereon** on **AARON KING** at **743 SOUTH COLUMBUS AVENUE, Mount Vernon, NY 10550** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **NOEL DEVLIN, MANAGER-CO WORKER** of **AARON KING**, a person of suitable age and discretion. Said premises is **AARON KING**'s usual place of business within the state.

On **10/18/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's usual place of business, at **743 SOUTH COLUMBUS AVENUE, Mount Vernon, NY 10550** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 34 stated | 5ft 10in - 6ft 0in | 161-200 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant(s)** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 10/18/2021

X _____
Jack Tamburello
PM Legal
1235 Broadway 2nd Floor
New York, NY 10001

Keith Hawthorne
Notary Public, State of New York
02HA6029794
Qualified In Putnam County
Commission Expires 08/30/2025

Job#: 5472790