UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

Plaintiffs,

-v-

COSAN CONSTRUCTION CORP., AMCG INC., TERRENCE JAMES FERGUSON, and AARON KING,

Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On August 10, 2021, Plaintiffs commenced this action, asserting claims under the Fair Labor Standards Act and New York Labor Law.  (ECF No. 1).  On August 12, 2021, the Honorable Paul G. Gardephe referred this case to me for general pretrial purposes.  (ECF No. 5).  On November 4, 2021, Judge Gardephe referred this case to the Court's Mediation Office for settlement purposes.  (ECF No. 24).  The next day, a mediator was assigned, and the mediation is to be scheduled by December 6, 2021.  (ECF minute entry Nov. 5, 2021).  On November 22, 2021, Defendants filed their answer to the complaint.  (ECF No. 26).

In light of the planned mediation, the Court will not schedule an initial case management conference at this time.  **Within three days of the first mediation session**, the parties shall file joint letter advising the Court as to the status of their settlement efforts.

Dated:   New York, New York
         November 23, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**