UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

                  Plaintiffs,

   -v-

COSAN CONSTRUCTION CORP., AMCG INC., TERRENCE JAMES FERGUSON, and AARON KING,

                  Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (PGG) (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' requests (ECF No. 28) to adjourn <u>sine die</u> the mediation scheduled for February 9, 2022, and for the Court to schedule the initial case management conference, are GRANTED.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

It is hereby ORDERED that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **Wednesday, February 9, 2022 at 2:00 pm**, on the Court's conference line. The parties

are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference.  No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

The Clerk of Court is respectfully directed to close ECF No. 28.

Dated:      New York, New York
            January 12, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**