UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

                Plaintiffs,

    -against-

COSAN CONSTRUCTION CORP., AMCG INC., TERENCE JAMES FERGUSON, and AARON KING,

                Defendants.
-------------------------------------------------------------------X

21 Civ. 6744 (PGG)(SLC)

**CONSENTIMIENTO PARA DEMANDAR**

**ACCIÓN COLECTIVA**

1. Doy mi consentimiento para ser para ser un demandante en todos propósitos de esta demanda contra mi empleador/antiguo empleador, Cosan Construction Corp., AMCG Inc., Terence James Ferguson y Aaron King, a fin de recuperar compensación por todos los reclamos declarados en la Denuncia. Autorizo a Pechman Law Group PLLC de representarme en esta demanda.

2. Por lo presente, yo designo y autorizo a Pechman Law Group PLLC de tomar toda decisión por mí con respecto al litigio y la resolución de esta demanda. Doy mi consentimiento de estar sujeto(a) a decisiones tomados por Pechman Law Group PLLC por mí. Además estoy de acuerdo a ser sujeto a la adjudicación de esta acci´øn por un tribunal, ya sea favorable o no favorable. Entiendo que Pechman Law Group PLLC solicitará a la corte por honorarios de abogado de cualquier acuerdo o juzgamiento rendido iguales a la mayor cantidad de (i) la soma completa de honorarios adjudicada por la corte y pagada por los Demandados o (ii) un tercio (*es decir*, 33.33%) de la recuperación del agregado monetario computado en el saldo neto recuperado después de deducir costos incidentales cobrados apropiadamente en la persecución del caso.

Fecha: 7/11/22

Firma: *Jose Yupangui*

Nombre: *Jose Yupangui*

Dirección:

Número de teléfono:

Correo electrónico:

Enviar por correo, fax, o correspondencia electrónica a:
Pechman Law Group PLLC
488 Madison Avenue, 11th Floor, New York, New York 10022
Tel: (212) 583-9500 / Fax: (212) 409-8763/ Correo electrónico: pechman@pechmanlaw.com