UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

COSAN CONSTRUCTION CORP., AMCG INC., TERENCE JAMES FERGUSON, and AARON KING,

                Defendants.
-----------------------------------------------------------------X

21 Civ. 6744 (PGG)(SLC)

**CONSENT TO BE A PARTY PLAINTIFF**

    I consent to be a Plaintiff in the lawsuit against Cosan Construction Corp., AMCG Inc., Terence ("Terry") James Ferguson, Aaron King, and related entities in order to seek redress for violations of the Fair Labor Standards Act and the New York Labor Law.

    By signing and returning this consent form, I designate Pechman Law Group PLLC to represent me and make decisions on my behalf concerning the litigation and any settlement of this action.

    Por medio de la presente doy mi consentimiento para ser un demandante en contra de Cosan Construction Corp., AMCG Inc., Terence ("Terry") James Ferguson, Aaron King, y entidades relacionadas para obtener reparo por violaciones de la Ley de Normas Razonables de Trabajo y la ley Laboral de Nueva York.

    Al firmar y devolver este formulario de consentimiento, designo a Pechman Law Group PLLC para que me represente y tome decisiones en mi nombre en relación con el litigio y la resolución de esta materia.

Date/Fecha: August 10, 2022

                Signature/Firma: _____

                Name/Nombre:   Omar Vazquez Morales