UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO,
on behalf of themselves and all others similarly
situated,

               Plaintiffs,

     -v-

COSAN CONSTRUCTION CORP., AMCG INC., TRADE
SOLUTIONS INC., TERRENCE JAMES FERGUSON,
and AARON KING,

              Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (JLR) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' requested extension (ECF No. 92) is GRANTED, their proposed schedule is ADOPTED, and the Court orders as follows:

1. All discovery shall be completed by **February 10, 2023**.

2. By **February 17, 2023**, the parties shall file a joint letter certifying the completion of all discovery.

3. The briefing schedule for Plaintiffs' anticipated motion for class certification under Fed. R. Civ. P. 23 (the "Class Motion") is extended as follows:

   a. By **January 13, 2023** Plaintiffs shall file the Class Motion in accordance with the Individual Practices of the Honorable Jennifer L. Rochon;

   b. By **February 13, 2023**, Defendants shall file their opposition to the Class Motion;

   c. By **March 6, 2023**, Plaintiff shall file their reply, if any.

4.  The telephone status conference scheduled for December 13, 2022 is ADJOURNED to

    **Thursday, January 12, 2023 at 2:00 pm** on the Court's conference line.  The parties

    are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 92.

Dated:          New York, New York
                December 6, 2022

                                    SO ORDERED.


                                    SARAH L. CAVE
                                    **United States Magistrate Judge**