UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ, et al.,

                Plaintiffs,

-v-

COSAN CONSTRUCTION CORP., AMCG INC., TRADE SOLUTIONS INC., TERRENCE JAMES FERGUSON, and AARON KING,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court resolved telephonically a dispute that arose today, December 28, 2022, during the deposition of Plaintiff Gustavo Mendez. The Court overruled Plaintiffs' objection to Defendants' questioning of Mr. Mendez regarding certain documents produced by Plaintiffs, which bore on Mr. Mendez's credibility. The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter. The Court also recorded the call.

Dated:      New York, New York
               December 28, 2022

                                                    SO ORDERED.

                                                    _/s/ Sarah L. Cave_
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**