UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

          Plaintiffs,

-v-

COSAN CONSTRUCTION CORP., AMCG INC., TRADE SOLUTIONS INC., TERRENCE JAMES FERGUSON, and AARON KING,

          Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 22, 2023, the Court orders as follows:

1. The deadline for completion of all discovery is EXTENDED to **June 16, 2023**.

2. By **June 6, 2023**, Defendants shall provide Plaintiffs with an update as to the collection and production of the following documents (the "Documents"): (i) the payroll records for each Plaintiff on the four spreadsheets maintained by Defendants; (ii) payroll records from prior to 2018; (iii) paystubs from prior to April 2020 and from Defendants AMCH Inc. and Trade Solutions; (iv) time records for each Plaintiff; and (v) records for the eight Plaintiffs for whom Plaintiffs claim they have received no documents. Defendants shall also produce any Documents available to them at that time.

3. By **June 23, 2023**, the parties shall file a joint letter certifying the completion of all discovery and stating their interest in a settlement conference with the Court.

Dated:    New York, New York
            May 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**