UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ and JUAN EUSEBIO SANTIAGO, on behalf of themselves and all others similarly situated,

            Plaintiffs,

-v-

COSAN CONSTRUCTION CORP., AMCG INC., TRADE SOLUTIONS INC., TERRENCE JAMES FERGUSON, and AARON KING,

           Defendants.

CIVIL ACTION NO.: 21 Civ. 6744 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 22, 2023, the Court extended the deadline for completion of all discovery to June 16, 2023, and directed the parties to file a joint letter (the "Letter") by June 23, 2023 certifying the completion of all discovery and stating their interest in a settlement conference with the Court. (ECF No. 105). The parties failed, however, to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **June 29, 2023**.

Dated:    New York, New York
             June 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**