# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

---

> The parties' request at ECF No. 121 is GRANTED. By **February 16, 2024**, the parties shall file their joint letter-motion for approval of their settlement agreement.
>
> The Clerk of Court is respectfully directed to close ECF No. 121.
>
> SO ORDERED        2/2/2024
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

---

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re:  *Sanchez v. Cosan Construction Corp.*, 21 Civ. 6744 (JLR) (SLC)
<u>(Joint Letter-Motion re: Extension of Settlement Papers Deadline)</u>

Dear Judge Cave:

We represent the Plaintiffs in the above-referenced Action. Together with Defendants' counsel, we request an extension of two weeks to submit the Parties' settlement agreement and approval papers.

Per the Court's Order of January 3, 2024 (ECF No. 120), the deadline to submit settlement documents for the Court's review is February 2, 2024. The Parties are finalizing their settlement papers and will need additional time to have all Parties sign the agreement. The Parties anticipate that, if all goes as anticipated, they will be able to submit their settlement papers for the Court's review before the proposed deadline of February 16, 2024.

We thank the Court for its time and attention to this matter. The Parties are available to answer the Court's questions if necessary.

Respectfully submitted,

Gianfranco J. Cuadra

cc:  Counsel for Defendants (via ECF)