# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

> The parties' request at ECF No. 135 is GRANTED. By **February 23, 2024**, the parties shall file their joint letter-motion for approval of their settlement agreement.
>
> The Clerk of Court is respectfully directed to close ECF No. 135.
>
> SO ORDERED        2/16/2024
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: *Sanchez v. Cosan Construction Corp.*, 21 Civ. 6744 (SLC)
     (Joint Letter-Motion re: Extension of Settlement Papers Deadline)

Dear Judge Cave:

      We represent the Plaintiffs in the above-referenced Action.  Together with Defendants' counsel, we request a second brief extension of one week to submit the Parties' settlement agreement and approval papers.

      Per the Court's Order of February 2, 2024 (ECF No. 123), the deadline to submit settlement documents for the Court's review is February 16, 2024.  The Parties are waiting for all Plaintiffs and all Defendants to sign the settlement agreement.  The large number of individuals who must sign the agreement has caused a small delay in finalizing the papers for submission.  Accordingly, the Parties jointly request a brief extension of one week, until February 23, 2024, to submit their settlement papers for the Court's review.

      We thank the Court for its time and attention to this matter.  The Parties are available to answer the Court's questions if necessary.

Respectfully submitted,

Gianfranco J. Cuadra

cc:  Counsel for Defendants (via ECF)