UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURO SANCHEZ, JUAN EUSEBIO
SANTIAGO, and GUSTAVO MENDEZ, on
behalf of themselves and all others similarly
situated,

                              Plaintiffs,

                              **21-Civ-6744 (SLC)**

         -against-

COSAN CONSTRUCTION CORP., AMCG INC.,
TRADE SOLUTIONS INC., TERENCE JAMES
FERGUSON, and AARON KING,

                              Defendants.
------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on August 10, 2021, Plaintiffs Lauro Sanchez and Juan Eusebio Santiago filed a Complaint, which asserts claims for failure to pay overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law ("NYLL") and failure to provide wage notices and wage statements in violation of the Wage Theft Prevention Act, NYLL §§ 195 and 198 ("WTPA") (collectively, the "Claims");

**WHEREAS**, on June 13, 2022, Plaintiffs Lauro Sanchez, Juan Eusebio Santiago, and Gustavo Mendez filed an Amended Complaint reasserting the Claims on a class and collective action basis; and

**WHEREAS,** the terms of the Parties' Settlement Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, bona fide disputes over a provision(s) of the FLSA, the NYLL, the WTPA, and/or time worked;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that this Action be dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
February 22, 2024

| PECHMAN LAW GROUP PLLC | COLE SCHOTZ P.C. |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

By: _____
    Gianfranco J. Cuadra, Esq.
    Louis Pechman, Esq.
    488 Madison Avenue, 17th Floor
    New York, NY 10022
    Tel.: (212) 583–9500
    Fax: (212) 409-8763
    cuadra@pechmanlaw.com
    pechman@pechmanlaw.com

By: _____
    Brian L. Gardener, Esq.
    Jason R. Finkelstein, Esq.
    1325 Avenue of the Americas, 19th Fl.
    New York, New York 10019
    Tel.: (646) 563–8937
    bgardner@coleshotz.com
    jfinkelstein@coleshotz.com

SO ORDERED.    2/26/2024

_____
Hon. Sarah L. Cave, U.S.M.J.